No. 86–1097. APOLLO OF THE OZARKS, INC., ET AL. v. GIOTIS ET AL. C. A. 7th Cir. Certiorari denied.

No. 86–1100. WILSON v. INTERNATIONAL OCEAN TRANSPORT CORP., AKA GRAND BASSA TANKERS, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 86–1103. PAPADAKIS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 86–1107. HENDERSON v. CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 86–1111. DERBY ASSOCIATES v. SEASHORE CLUB CONDO-MINIUM ASSN., INC., ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 86–1112. TUCKER ET AL. v. AMBASSADOR BEACH HOTEL ET AL. Super. Ct. Pa. Certiorari denied.

No. 86–1113. BERGMAN ET UX. v. COMMISSIONER OF INTER-NAL REVENUE. C. A. 10th Cir. Certiorari denied.

No. 86–1117. BARTMAN ET AL. v. ALLIS-CHALMERS CORP. ET AL. C. A. 7th Cir. Certiorari denied.

No. 86–1120. DIBENEDETTO v. MASSACHUSETTS ET AL. Sup. Jud. Ct. Mass. Certiorari denied.

No. 86–1124. JACKSON v. LOUISIANA DEPARTMENT OF PUBLIC SAFETY ET AL. C. A. 5th Cir. Certiorari denied.

No. 86–1130. ALLEN v. SUPREME COURT OF INDIANA ET AL. Sup. Ct. Ind. Certiorari denied.

No. 86–1132. LOPEZ v. NEW MEXICO. Ct. App. N. M. Certiorari denied.

No. 86–1138. PELHAM v. UNITED STATES. C. A. 6th Cir. Certiorari denied.